In the Matter of the Application of NEW ROCHELLE TRUST COMPANY, as Committee of the Person and Property of IRENE N. COLLORD, an Incompetent, Appellant.— Appellant, the committee of an incompetent, appeals from an order, made at Special Term, denying its application for leave to sell certain personal property belonging to the incompetent, and for authorization to invest the proceeds of sale and other funds of the incompetent. The Special Term did not pass on the merits of the application, but denied the motion on the ground that the matter involved the exercise of discretion vested in the committee, and that the court should not advise the committee as to the manner in which such discretion should be exercised. Appeal dismissed. The order appealed from, having been made ex parte, is not appealable. In dismissing the appeal, however, we deem it advisable to state that, in our opinion, the committee was entitled to a decision on the merits with respect to its application for authorization to sell personal property. No such authorization was necessary, however, with respect to the investment of proceeds of the sale or other funds of the incompetent. (Personal Property Law, § 21.) The committee, if so advised, may resubmit to the Special Term the application for leave to sell and, if such application be denied, may make application to this court, pursuant to sections 66 and 132 of the Civil Practice Act. Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ., concur.

In the Matter of the Construction of the Will of CORNELIA C. F. HORSFORD, Deceased. In the Matter of the Construction of the Will of PHOEBE G. HORS-FORD, Deceased. RUTH D. FISKE, as Ancillary Executrix and Trustee under the Will of AUGUSTUS H. FISKE, Deceased, et al., Appellants; GARDINER H. FISKE, as Sole Surviving Executor under the Will of CORNELIA C. F. HORSFORD, Deceased, et al., Respondents.— Appeal from a decree of the Surrogate's Court, Suffolk County, construing, in consolidated proceedings, the wills of Phoebe G. and Cornelia C. F. Horsford, both deceased. Decree, insofar as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate of Cornelia C. F. Horsford, deceased. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

LENA MALINSKY, Appellant, v. MORRIS LEVINE, Respondent.— Order vacating order of examination of judgment debtor, vacating third party order and denying a motion to direct a third party to pay over money, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ., concur. [See 274 App. Div. 816.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMETIA POLIZIO, Appellant.— Judgment of the County Court of Queens County, convicting the defendant of the crime of book-making, unanimously affirmed. (Code Crim. Pro., § 542.) Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

GEORGE ROBINSON, Appellant, v. WILLIAM P. TRAUB et al., Defendants, and JENNIE SHERMAN, as Administratrix of the Estate of HARRY SHERMAN, Deceased, Respondent.— Order denying appellant's motion for summary judgment, to strike out respondent's answer as sham, and to strike out affirmative defenses on the ground of insufficiency, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ., concur.